# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JEFFREY PAQUETTE,
    Plaintiff

vs.          CASE NUMBER: 7:12-CV-1470 (TJM/VEB)

COMMISSIONER OF SOCIAL SECURITY,
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court **ADOPTS** the Report and Recommendation (dkt. # 15) for the reasons stated therein. Plaintiff's Motion for Judgment on the Pleadings is **GRANTED.** Defendant's Motion for Judgment on the Pleadings is **DENIED.** The case is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 18 day of February, 2014.

DATED: February 18, 2014

_Lawrence K. Baerman_
Clerk of Court

_s/ Nicole Killius_
Deputy Clerk