UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*******************************

JEFFREY PAQUETTE,

          Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.
*******************************

Civil Action No. 7:12-cv-1470

CONSENT ORDER FOR
PAYMENT OF FEES
PURSUANT TO THE
EQUAL ACCESS TO
JUSTICE ACT

This matter having been opened to the Court by LAWRENCE D. HASSELER for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Richard S. Hartunian, United States Attorney, and Katrina Lederer, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of $6,000.00 in attorney fees, the Court having reviewed the record in this matter;

IT IS on this _13th_ day of _March_, 2014;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of $6,000.00 in attorney fees. Fees are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset, payable to the attorney.

                                                _/s/ Thomas J. McAvoy_
                                                Senior Judge Thomas J. McAvoy
                                                United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By: */s/Katrina Lederer*
Katrina Lederer
Special Assistant U.S. Attorney
Social Security Administration
26 Federal Plaza, Room 3904
New York, NY 10278
Bar No. 516674


By: /s/Lawrence D. Hasseler
Lawrence D. Hasseler
Conboy, McKay Law Firm – Carthage Office
307 State Street
Carthage, NY 13619